Dismissed and Memorandum Opinion filed September 10, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00691-CV

____________

 

KENNETH McNEILL, Appellant

 

V.

 

AMERICAN EXPRESS CENTURION BANK, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 2

Harris County,
Texas

Trial Court Cause
No. 931,124

 



 

M E M O R
A N D U M   O P I N I O N

This is an appeal from a summary judgment signed July 15,
2009.  On September 1, 2009, appellant filed a motion to dismiss the appeal. See
Tex. R. App. P. 42.1.  According
to the motion, the trial court granted appellant’s motion to reconsider the
summary judgment, rendering the issues in this appeal moot.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice
Hedges and Justices Seymore and Sullivan.